SHAFFY MOEEL
California SBN 238732
Moeel Law Office
1611 Telegraph Ave. Suite 806
Oakland, CA 94612
Telephone: (415) 735-5021
Facsimile: (415)
shaffymoeel@gmail.com

JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile: (510) 525-9124
Email: james@ycbtal.net

Attorneys for Defendant
EDDY URBINA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case Number: 18CR0119-RS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING MOTION HEARING AND ADJUSTING BRIEFING SCHEDULE** |
| **JONATHAN AGUILAR,** *et al.,* | |
| Defendant. | |

[PROPOSED] ORDER CONTINUING HEARING DATE AND ADJUSTING BRIEFING SCHEDULE

The parties previously agreed to briefing schedules and hearing dates for two rounds of motions. (Dkt. 227, 247). Earlier this month, the parties adjusted the briefing schedule for the first round of motions. (Dkt. 259).

STIPULATION AND ORDER CONTINUING MOTION
HEARING AND ADJUSTING BRIEFING SCHEDULE
18CR0119-RS

The Court recently issued General Orders 72 and 73, which address various issues relating to the national health pandemic. Given the issues raised in those orders and their effect on this complex, multi-defendant case, the parties agree to modify the motions schedule for both rounds of motions.

With respect to the first round of briefing, the parties have entered into a stipulation and Chief Judge Magistrate has issued an Order setting May 22, 2020 as the due date for the Government's Response, and resetting the hearing for June 22, 2020.

For the second round of briefing of motions, the parties request that the schedule for the motions and motion hearing shall now be set as follows:

Defense Filing Date: June 19, 2020

Government Response: July 10, 2020

Defense Reply: July 17, 2020

Hearing Date: July 28, 2020

Defense counsel shall lodge any objections to shackling one week prior to scheduled motion hearings.

Based on the above, IT IS HEREBY STIPULATED, by the parties through their undersigned counsel, that the [Proposed] Order set out below may (with the Court's concurrence) be filed and issued. SO STIPULATED.

Dated: April 29, 2020                              DAVID L. ANDERSON
                                                   United States Attorney

                                                    /s/
                                                   ANDREW M. SCOBLE
                                                   RAVI T. NARAYAN
                                                   Assistant United States Attorneys
                                                   Dated: April 29, 2020

Dated: April 29, 2020                              /s/
                                                   MARTHA BOERSCH
                                                   Counsel for Jonathan Aguilar

STIPULATION AND ORDER CONTINUING MOTION HEARING
AND ADJUSTING BRIEFING SCHEDULE
18CR0119-RS

Dated: April 29, 2020                              /s/
                                                   BRIAN H. GETZ
                                                   Counsel for Luis Cid-Salinas

Dated: April 29, 2020                              /s/
                                                   JULIA MAZHINSKY JAYNE
                                                   Counsel for Juan Carlos Gallardo

Dated: April 29, 2020                              /s/
                                                   HARRIS BRUCE TABACK
                                                   Counsel for Orlando Carlos Hernandez

Dated: April 29, 2020                              /s/
                                                   MARK GOLDROSEN
                                                   PAM HERZIG
                                                   DONALD KNIGHT
                                                   Counsel for Michael Rebolledo

Dated: April 29, 2020                              /s/
                                                   GEORGE C. BOISSEAU
                                                   Counsel for Mario Reyes

Dated: April 29, 2020                              /s/
                                                   SHAFFY MOEEL
                                                   JAMES S. THOMSON
                                                   Counsel for Eddy Urbina

Dated: April 29, 2020                              /s/
                                                   ETHAN A. BALOGH
                                                   Counsel for Weston Venegas

STIPULATION AND ORDER CONTINUING MOTION HEARING
AND ADJUSTING BRIEFING SCHEDULE
18CR0119-RS

ORDER

Accordingly, and for good cause shown, THE COURT ORDERS THAT:

1. The second motion hearing date, set for June 24, 2020, shall be continued till July 28, 2020.

   The briefing schedule for the second round of motions shall be set as follows:

   Defense Filing Date: June 19, 2020

   Government Response: July 10, 2020

   Defense Reply: July 17, 2020

   Hearing Date: July 28, 2020 at   2:30 pm  .

Defense counsel shall lodge any objections to shackling one week prior to scheduled motion hearings.

IT IS SO ORDERED.

DATED: May 11, 2020

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE