DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Criminal, Division Chief

ANDREW M. SCOBLE (CABN 124940)
RAVI T. NARAYAN (IABN AT0011948)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7249/7369
    Fax: (415) 436-7234
    Email:  andrew.scoble@usdoj.gov
    Email:  ravi.narayan@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 18-0119 RS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION HEARING |
| JONATHAN AGUILAR, et al. | |
| Defendants. | |

On March 9, 2020, and April 17, 2020, various defendants filed motions for discovery.  (Dkt. 251-253, 264-267).  On May 22, 2020, the government filed responses to those motions.  (Dkt. 280, 281).  Various defendants have since filed replies and joinders to those replies.  (Dkt. 285-288).  These motions are currently set for hearing before the Honorable Joseph C. Spero on July 28, 2020, at 10:00 a.m.  (Dkt. 276.)

Initially, counsel for defendants want to inform the Court that a number of defendants have contracted COVID-10 and are in quarantine.  This fact has made it impossible for counsel to meaningfully meet and consult with their clients.  The ongoing pandemic has also affected the government's efforts to gather and produce discovery.

[PROPOSED] ORDER                                                1
[CR 18-0119 RS]

1    Moreover, General Orders 72-3, 73, and subsequent direction from the Court, in-person court

2    appearances are currently limited to ten or fewer individuals in a courtroom.  Here, as many as eight

3    defendants wish to be personally present for the hearing on the outstanding discovery motions.  Given

4    the current pandemic-related restrictions on the number of personally present participants, the parties

5    agree that the hearing scheduled for July 28, 2020, at 10:00 a.m. should be continued.  Upon consulting

6    with one another and court staff, the parties have agreed upon a new hearing date of **November 12,**

7    **2020, at 10:00 a.m.**

8    In the meantime, the parties continue to meet and confer informally by telephone on various

9    discovery issues, in an effort to explore resolutions without calling on the Court's intervention.  For

10   instance, pursuant to a request in late 2019 by defense counsel, the government has been gathering and

11   producing on a rolling basis various law enforcement reports and materials for alleged 19th Street and

12   16th Street gang members.  Additionally, after informal consultation with various defense counsel, the

13   government has started gathering materials related to follow-up requests from the defense, based in part

14   on reports previously produced in discovery and in part on anticipated expert witness testimony.  In

15   particular, the defendants have made informal Rule 16 discovery requests by letter pertaining to charged

16   murders and attempted murders.

17   On June 1, 2020, the government provided preliminary notice of expert witnesses, as well as a

18   response for notice of *Bruton* materials.  As a follow up, on June 25, 2020, Mr. Rebolledo, acting on

19   behalf of all defendants, made a request for expert disclosures.  The government has prepared and

20   produced a supplemental production of more than 600 pages of materials that will bear on anticipated

21   expert witness testimony (including Firearms and Toolmarks and fingerprint identification).

22   The government is in the process of gathering and preparing for discovery production similar

23   materials pertaining to autopsies of deceased victims and medical treatment of surviving victims, in

24   connection with incidents charged in the pending indictment.  Similarly, the government is in the

25   process of gathering and preparing for discovery production remaining gang discovery from SFPD gang

26   task forces and the SF Sheriff related to all defendants in both indictments and an agreed-upon list of

27   other purported gang members.

28   With respect to all of the outstanding requests set forth above, the government anticipates

[PROPOSED] ORDER                                          2
[CR 18-0119 RS]

1  producing responsive discovery on a rolling basis, including a production planned for late in the week of

2  July 20.

3       In short, the parties are making a good-faith effort to keep the case moving forward, while trying

4  to resolve as many pretrial issues informally as they can, in order to narrow and refine the list of issues

5  that they feel must be heard and determined by the Court.  The parties will be submitting a separate

6  stipulation and proposed order to Judge Seeborg requesting an exclusion under the Speedy Trial Act.

7       Based on the above, IT IS HEREBY STIPULATED, by the parties through their undersigned

8  counsel, that the [Proposed] Order set out below may (with the Court's concurrence) be filed and issued.

9       SO STIPULATED.

10  Dated:  July 21, 2020                                    DAVID L. ANDERSON
                                                             United States Attorney

11

12                                                  By:        /s/
                                                             ANDREW M. SCOBLE
13                                                           RAVI T. NARAYAN
                                                             Assistant United States Attorneys
14

15  Dated:  July 21, 2020                                       /s/
                                                             MARTHA BOERSCH
16                                                           Counsel for Jonathan Aguilar

17  Dated:  July 21, 2020                                       /s/
                                                             BRIAN H. GETZ
18                                                           Counsel for Luis Cid-Salinas

19  Dated:  July 21, 2020                                       /s/
                                                             JULIA MEZHINSKY JAYNE
20                                                           Counsel for Juan Carlos Gallardo

21  Dated:  July 21, 2020                                       /s/
                                                             HARRIS BRUCE TABACK
22                                                           Counsel for Orlando Carlos Hernandez

23  Dated:  July 21, 2020                                       /s/
                                                             MARK GOLDROSEN
24                                                           PAM HERZIG
                                                             DONALD KNIGHT
25                                                           AMY P. KNIGHT
                                                             Counsel for Michael Rebolledo
26

27  Dated:  July 21, 2020                                       /s/
                                                             GEORGE C. BOISSEAU
28                                                           Counsel for Mario Reyes

[PROPOSED] ORDER                        3
[CR 18-0119 RS]

1  Dated:  July 21, 2020                                  /s/
2                                         SHAFFY MOEEL
                                          JAMES S. THOMSON
3                                         Counsel for Eddy Urbina

4  Dated:  July 21, 2020                                  /s/
                                          ETHAN A. BALOGH
5                                         Counsel for Weston Venegas

6

7                           [~~PROPOSED~~] ORDER

8         Based on the stipulations of the parties, THE COURT ORDERS THAT:

9         **1.**      The motion hearing set for July 28, 2020, at 10:00 a.m. is continued to **November 12,**

10        **2020 at 10:00 a.m.**

11        IT IS SO ORDERED.

12

13  DATED: July 21, 2020

14                                        HON. JOSEPH C. SPERO
                                          U.S. CHIEF MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER                          4
[CR 18-0119 RS]