ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MATTHEW M. YELOVICH (NYBN 4897013)
Deputy Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7249
    FAX: (415) 436-7234
    Email:  andrew.scoble@usdoj.gov
           richard.ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 18-CR-00119-02 RS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER RE: RESTITUTION** |
| v. | ) | |
| LUIS CID-SALINAS, | ) | Restitution Hearing: June 25, 2024 at 9:30 a.m. |
| Defendant. | ) | The Honorable Richard Seeborg |

    The United States and defendant LUIS CID-SALINAS ("Defendant"), by and through their counsel of record, hereby stipulate as follows:

    1.    On June 30, 2021, Defendant pleaded guilty to Counts 7, 8, 14, and 15 of the Indictment, alleging violations of 18 U.S.C. §§ 1959(a)(1) and 2 and 18 U.S.C. §§ 924(j)(1) and 2.

    2.    At the sentencing hearing on April 2, 2024 the Court ordered Defendant to a sentence of time served in custody, plus five years of supervised release/probation, and deferred the determination of restitution.   The Court set a restitution hearing date of June 11, 2024, which was later continued to June 25, 2024, for the final determination of restitution.

    3.    Restitution is mandatory to victims of violent crime pursuant to 18 U.S.C. § 3663A

(MVRA).  Specifically, the law provides that a court "shall order . . . restitution" and that this restitution order "shall order restitution to each victim" through the appropriate court mechanism "in the full amount of the victim's losses as determined by the court and without consideration of the economic circumstances of the defendant."  18 U.S.C. § 3664(f)(1)(A).

4. To conserve judicial resources, to bring about a speedy resolution of this matter, and to avoid further litigation, the parties agree and jointly request that the Court, upon approval of this Stipulation, may enter an Amended Judgment to order restitution to the individuals and/or entities in the amounts as set forth below:

   a. $15,925.15 in total to M.V., the victim's next of kin.

   b. $5,000 in total to the California Victim Compensation Board ("CalVCB").

The parties stipulate that the above individuals and/or entities qualify as "victims" under the statutes cited in paragraph 3, *supra*.  The United States shall furnish the Clerk's Office with physical address information for each individual and/or entity.  Restitution payments to CalVCB should be made after the rest of the restitution total has been paid to M.V.  *See* 18 U.S.C. § 3664(j)(1).

5. The parties agree that the full amount of special assessment, fine, and restitution is due immediately in accordance with 18 U.S.C. § 3572(d) and in accordance with the parties' plea agreement.

6. The parties further agree to the following payment schedule:

   a. During imprisonment, payment of criminal monetary penalties is due at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons' Inmate Financial Responsibility Program.

   b. Once Defendant is on supervised release, Defendant shall pay restitution in monthly payments of not less than $100 or at least 10% of earnings, whichever is greater, to commence no later than 60 days from the date of this order.

7. Notwithstanding any payment schedule set by the court, the United States Attorney's Office may pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3664(m).  The restitution payments shall be made to the Clerk of U.S. District Court, Attention: Finance Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

8. In the event the Court later orders that co-defendants Weston Venegas and Orlando

1  Hernandez pay restitution related to the same losses, the defendant shall owe restitution jointly and
2  severally with those co-defendants.
3      9.   The parties request that the Court issue an Amended Judgment ordering restitution
4  payable to the individuals and/or entities identified and the terms outlined above.

SO STIPULATED.

DATED: June 11, 2024

ISMAIL J. RAMSEY
United States Attorney

/s/
_____
RICHARD EWENSTEIN
Assistant United States Attorney

DATED: June 11, 2024

/s/
_____
BRIAN GETZ
Attorney for Defendant LUIS CID-SALINAS

STIPULATION AND ORDER RE: RESTITUTION
18-CR-00119-02 RS

**ORDER**

LUIS CID-SALINAS will pay a total of $20,925.15 in restitution, in the amounts specified to the individuals and/or entities specified as follows:

    a. $15,925.15 in total to M.V.

    b. $5,000 in total to the California Victim Compensation Board ("CalVCB").

The above individuals/entities qualify as victims pursuant to 18 U.S.C. § 3663A.

The full amount of special assessment, fine, and restitution is due immediately. During imprisonment, payment of criminal monetary penalties is due at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons' Inmate Financial Responsibility Program. Once Defendant is on supervised release, Defendant shall pay restitution in monthly payments of not less than $100 or at least 10% of earnings, whichever is greater, to commence no later than 60 days from entry of this order.

Notwithstanding any payment schedule set by the court, the United States Attorney's Office may pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3664(m). The criminal monetary penalty payments shall be made to the Clerk of U.S. District Court, Attention: Finance Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

The Probation Office shall prepare an amended judgment in accordance with this order. The restitution hearing originally set for June 25, 2024, is hereby vacated.

IT IS SO ORDERED.

DATE: 6/11/2024

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: RESTITUTION
18-CR-00119-02 RS